**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                      CIVIL NO.03-CR-80899-DT

JASON HOWARD,

       Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

       The matter has come before the court regarding the continued representation of S. Allen Early as counsel for the Defendant. The defendant was sentenced on February 2, 2006, for the reasons stated on the record and with the filing of the motion to withdraw the court has determined that there is sufficient reason for Mr. Early to be allowed to withdraw as counsel for the Defendant. Therefore, the motion to withdraw is GRANTED.


  S/Robert H. Cleland_____
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated:  February 16, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2006, by electronic and/or ordinary mail.


  S/Lisa Wagner_____
Case Manager and Deputy Clerk
(313) 234-5522