**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 03-CR-80899-DT

JASON RICHARD HOWARD,

    Defendant.
                                              /

**ORDER HOLDING MATTER IN ABEYANCE**

The matter is before the court on the stipulation of both parties that Defendant Jason Howard is eligible for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Based upon the stipulation, the court has calculated that Defendant's earliest *possible* release date is not until the spring of 2010. The court has determined that it should address those stipulations involving defendants with earlier possible release dates before reaching defendants whose potential release dates are in 2010 or later. This determination is primarily based on considerations of judicial economy but will also allow the court to consider Defendant's future conduct when the matter is ready for review. Accordingly,

IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of the court.

IT IS FURTHER ORDERED that the probation department is DIRECTED to prepare and submit an updated § 1.B1.10 Report not later than **November 1, 2009.**

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 13, 2008, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\03-80899.HOWARD.Abeyance.chd.wpd

2